AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Yahoo
at 701 First Avenue
Sunnyvale, California 94089
E-mail Account:saia_pnc_gt@yahoo.com

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I    Robert Zachariasiewicz                        being duly sworn depose and say:

I am a(n)    Special Agent with the Drug Enforcement Administration           and have reason to believe
                    (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)
stored electronic communications and content for accounts
saia_pnc_gt@yahoo.com, maintained by Yahoo, 701 First Avenue, Sunnyvale, California in the Northern District of California, there is now concealed a certain person or property, namely  (describe the person or property to be searched)
Electronic communications and content information described in Attachment A, incorporated by reference herein.

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
Evidence of a crime,

concerning a violation of Titles   21 and 18   United States Code, Section(s)  §§952, 959, 963, and 1956 . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    X   YES      NO

Signature of Affiant
Robert Zachariasiewicz,  Special Agent
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence

at Washington, D.C.

Date

Name and Title of Judicial Officer            Signature of Judicial Officer