**Attachment A**

A.  **Search Procedure**

In order to ensure that agents search only the computer accounts or computer files described in this affidavit, the following procedures have been implemented:

1. The warrant will be presented to Yahoo personnel who will be directed to isolate the accounts and files described below;

2. In order to minimize any disruption of computer service to innocent third parties, Yahoo employees and law enforcement personnel trained in the operation of computers will create an exact duplicate of the accounts and files described below, including an exact duplicate of all information stored in the computer accounts or files described below;

3. Yahoo personnel will provide the exact duplicate of the accounts and files described below and all information stored in those accounts and/or files to the agent who serves this search warrant (CD and hard copy form);

4. Law enforcement personnel will thereafter review the information stored in the accounts and files received from Yahoo and then identify and copy only the information contained in those accounts and files which is authorized to be further copied as described below;

5. Law enforcement personnel will then seal the original duplicate of the accounts and files received from Yahoo and will not further review the original duplicate absent an order from the Court.

B.  **Description of Accounts and Computer Files to be Copied by Yahoo**

From the date of initiation to the present, for email accounts:
saia_pnc_gt@yahoo.com

1. All electronic mail stored and presently contained in, or on the behalf of, the electronic mail addresses;

2. All existing printouts from original storage of all of the electronic mail described above;

**Attachment A**

1

3. All transactional information for all activity of the electronic mail addresses and/or individual accounts described above, including log files, dates, times, methods of connecting, ports, dial-ups, and/or locations.

4. All business records and subscriber information, in any form kept, pertaining to the electronic mail addresses and/or individual accounts described above, including applications, subscribers' full names, all screen names associated with the subscribers and/or accounts, all account names associated with the subscribers, telephone numbers, addresses, passwords, and detailed billing records;

5. All records indicating the services available to subscriber of the electronic mail addresses and/or individual accounts described above;

6. All "contact lists" and address lists" stored and presently contained in, or on behalf of the electronic mail addresses.

**C. Information to be Further Copied by Law Enforcement Personnel**

Law enforcement personnel will review and copy the following electronic mail communications:

1. All communications sent to and from the email addresses:
saia_pnc_gt@yahoo.com

2. All existing printouts from original storage of all of the electronic mail described above;

3. All of the records and information described above.

END OF ATTACHMENT

**Attachment A**

2