AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

MSN Hotmail
at 1065 La Avenida
Mountain View, California 94043
E-mail Account: saia_pnc_gt@hotmail.com

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

*[Handwritten annotation: This Application should be granted / ok [signature] 11/21/05]*

(Further described below)

I ___Robert Zachariasiewicz___ being duly sworn depose and say:

I am a(n) ___Special Agent with the Drug Enforcement Administration___ and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)
stored electronic communications and content for accounts
saia_pnc_gt@hotmail.com, maintained by MSN Hotmail, 1065 La Avenida, Mountain View, California in the Northern District of California, there is now concealed a certain person or property, namely (describe the person or property to be searched)
Electronic communications and content information described in Attachment A, incorporated by reference herein.

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
Evidence of a crime,

concerning a violation of Titles  21 and 18  United States Code, Section(s) §§952, 959, 963, and 2 . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   X  YES   NO

_____
Signature of Affiant
Robert Zachariasiewicz, Special Agent
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence

___11/21/2005___
Date

at Washington, D.C.

_____
Name and Title of Judicial Officer          Signature of Judicial Officer