AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Yahoo
at 701 First Avenue
Sunnyvale, California 94089
E-mail Account: saia_pnc_gt@yahoo.com

**FILED**

DEC 0 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SEARCH WARRANT

CASE NUMBER: 05 - 0 6 1 7 M - 0 1

TO:   Special Agent Robert Zachariasiewicz   and any Authorized Officer of the United States

Affidavit(s) having been made before me by  Special Agent Robert Zachariasiewicz  who has reason to believe that ☐ on the person or ☒ on the premises known as  (name, description and or location)

stored electronic communications and content for accounts saia_pnc_gt@yahoo.com, maintained by Yahoo, 701 First Avenue, Sunnyvale, California, 94089.

in the Northern District of California, there is now concealed a certain person or property, namely (describe the person or property)

Electronic communications and content information described in Attachment A, incorporated by reference herein.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before   November 30, 2005
                                                              (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☒ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

NOV 21 2005  2:30 pm                          at Washington, D.C.

Date and Time Issued  ALAN KAY
U.S. MAGISTRATE JUDGE                         _____
Name and Title of Judicial Officer            Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11-21-2005 | 11-23-2, 2005 @ 10:41a EST | Delivered via FAX |

INVENTORY MADE IN THE PRESENCE OF

SA Robert Zachariasiewcz

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

one 3.5 compact disk containing email information, subscriber information and eight pages of log on activity for  for YAHOO! account: saia_pnc_gt@yahoo.com.

**FILED**

DEC 0 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_Margaret B. Callery, Special Agent_

Subscribed, sworn to, and returned before me this date.

_John M. Facciola, U.S. Magistrate_     12-6-05
U.S. Judge or Magistrate                    Date